S. Peter Serrano
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 14 2025

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

   Plaintiff,

v.

RICARDO LOUIS ESPINOSA,

   Defendant.

1:25-CR-2125-SAB

INDICTMENT

18 U.S.C. § 2252A(a)(2), (b)(1)
Receipt of Child Pornography
(Count 1)

18 U.S.C. § 2252A(a)(5)(B), (b)(2)
Possession of Child Pornography
(Count 2)

18 U.S.C. § 2253
Forfeiture Allegations

The Grand Jury charges:

COUNT 1

Between on or about April 14, 2025, and on or about September 7, 2025, within the Eastern District of Washington, the Defendant, RICARDO LOUIS ESPINOSA, having previously been convicted in California Superior Court case number 0F02493 of Lewd and Lascivious Acts Upon a Child Younger than

INDICTMENT - 1

Fourteen, in violation of California Penal Code § 288(a), which is an offense relating to aggravated sexual abuse, sexual abuse, or abusive sexual contact involving a minor or ward, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that was transported via any means or facility of interstate and foreign commerce, to wit: still image and video files depicting minor children engaging in sexually explicit conduct, including but not limited to the lascivious exhibition of their genitals and pubic areas, as defined in 18 U.S.C. § 2256(2)(A), in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

## COUNT 2

On or about September 8, 2025, within the Eastern District of Washington, the Defendant, RICARDO LOUIS ESPINOSA, having previously been convicted in California Superior Court case number 0F02493 of Lewd and Lascivious Acts Upon a Child Younger than Fourteen, in violation of California Penal Code § 288(a), which is an offense relating to aggravated sexual abuse, sexual abuse, or abusive sexual contact involving a minor or ward, did knowingly possess material that contained one or more images of child pornography, as defined in 18 U.S.C. § 2256(8)(A), including images of prepubescent minors and minors who had not attained twelve years of age, the production of which involved the use of a minor

INDICTMENT - 2

engaging in sexually explicit conduct, and which visual depictions were of such conduct, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense(s) in violation of 18 U.S.C. § 2252A, as set forth in this Indictment, the Defendant, RICARDO LOUIS ESPINOSA, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real

INDICTMENT - 3

or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

DATED this 14th day of November 2025.

A TRUE BILL



_____
S. Peter Serrano
United States Attorney

_____
Michael D. Murphy
Assistant United States Attorney

INDICTMENT - 4