Craig D. Webster
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorney for Defendant
Ricardo Louis Espinosa

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Stanley A. Bastian

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br>v.<br><br>Ricardo Louis Espinosa,<br><br>Defendant. | Case No. 1:25-CR-2125-SAB<br><br>**Defendant's Objections to <u>Draft PSR</u>**<br><br>Yakima - With Oral Argument<br>September 9, 2026 @ 3:00 p.m. |

The defendant, Ricardo Louis Espinosa, through counsel, respectfully files this response to the draft PSR issued to the parties on July 21, 2026. The draft PSR has been reviewed with the defendant and he respectfully makes the following objections.

**Objection ¶¶31, 81, 82:**[1] Mr. Espinosa denies the allegations that he and his partner engaged in sexual activity with 16-year-old (S.C.). According to paragraph 82, S.C. gave "consent to sex and she did not explicitly say "no". Additionally, S.C. was 16 years old at the time of the alleged sexual activity. According to paragraph 83, the Yakima County Prosecutor's Office conducted and independent review and "determined there was not a reported crime that could be prosecuted given the age of the victim."

In the State of Washington, the legal age of consent is 16 years old.[2] This means that it is lawful behavior for a person over the age of 18-years-old to engage in sexual activity with a person that has reached the age of 16 years old. Neither person is considered to be a 'minor' under those circumstances. It is perfectly legal for them to freely engage in sexual activity.

Therefore, the 5-level increase under USSG §2G2.2(b)(5).[3]

**Objection ¶¶18, 19:** Mr. Espinosa would like the ability to consume alcohol and marijuana (where legal).

---

[1]The defendant's objection would impact the calculation of his Total Offense Level and advisory USSG.
[2]For example, see RCW 9A.44.089.
[3]*See* Paragraph 31.

Dated: July 31, 2026.

By s/ Craig D. Webster
Craig D. Webster,
WSBA# 40064
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Craig_Webster@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Michael D. Murphy, Assistant United States Attorney.

s/ Craig D. Webster
Craig D. Webster